# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Adrienne Blackmore | § | Case No. 13-15221 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/11/2013 . The undersigned trustee was appointed on 03/31/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 600,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 250,897.57 |
| Bank service fees | | 1,010.59 |
| Other payments to creditors | | 35,846.71 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 297,245.13 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/02/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 27,162.34 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 27,162.34 , for a total compensation of $ 27,162.34 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 11.50 , for total expenses of $ 11.50 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/02/2016              By: /s/Zane L. Zielinski
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-15221 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Adrienne Blackmore | | | | Date Filed (f) or Converted (c): | 04/11/2013 (f) |
| | | | | | 341(a) Meeting Date: | 05/09/2013 |
| For Period Ending: | 06/02/2016 | | | | Claims Bar Date: | 07/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property: 3542 Morgan Street, Steger, IL 60475 (Will Su | 86,450.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account with First Midwest | 500.00 | 0.00 | | 0.00 | FA |
| 3. Saving Account with First Midwest | 800.00 | 0.00 | | 0.00 | FA |
| 4. Household goods: Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel: Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 6. Loan: Loan to ex boyfriend Steven C from Debtor's 401(k) | 50,000.00 | 0.00 | | 0.00 | FA |
| 7. Automobiles: 2005 Honda Civi wtih 143,000 miles | 2,400.00 | 0.00 | | 0.00 | FA |
| 8. Animals: 1 cat | 200.00 | 0.00 | | 0.00 | FA |
| 9. Products Liability Suit for Defective Medical Device (u) | 0.00 | 600,000.00 | | 600,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $142,050.00         $600,000.00         $600,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is investigating a personal injury claim.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 3542 Morgan St, Steger IL 60475 - Primary residence of Customer |
| RE PROP # | 2 | -- | Checking account with First Midwest |
| RE PROP # | 3 | -- | Savings account with First Midwest |
| RE PROP # | 4 | -- | Furniture |
| RE PROP # | 5 | -- | Clothing |
| RE PROP # | 6 | -- | Loan to ex boyfriend Steven C. from Debtor's 401(K) |
| RE PROP # | 7 | -- | 2005 Honda Civi with 143,000 miles |
| RE PROP # | 8 | -- | Cat |

Initial Projected Date of Final Report (TFR): 06/30/2016     Current Projected Date of Final Report (TFR): 06/30/2016

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-15221 | Trustee Name: | Zane L. Zielinski | |
| Case Name: | Adrienne Blackmore | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX4511 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3447 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 06/02/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/29/16 | | Goldberg, Weisman & Cairo, LTD. One E. Eacker Drive, Suite 3800 Chicago, Illinois 60661 | Settlement Payment | | $540,153.29 | | $540,153.29 |
| | | | Gross Receipts $600,000.00 | | | | |
| | | Blue Cross and Blue Shield of Texas | ($35,846.71) | 4220-000 | | | |
| | | Plaintiff's Settlement Committee Plaintiff's Settlement Committee New Jersey | 1% Cost Fee ($6,000.00) | 3220-000 | | | |
| | | Plaintiff's Settlement Committee Plaintiff's Settlement Committee New Jersey | 3% Fee Assesment ($18,000.00) | 3220-000 | | | |
| | 9 | | Products Liability Suit for Defective Medical Device $600,000.00 | 1242-000 | | | |
| 03/01/16 | 5001 | Goldberg, Weisman & Cairo, LTD. One E. Wacker Drive Suite 3800 Chicago, Illinois 60601 | Attorney's fees | 3210-000 | | $222,000.00 | $318,153.29 |
| 03/01/16 | 5002 | Goldberg, Weisman & Cairo, LTD. One E. Wacker Drive Suite 3800 Chicago, Illinois 60601 | Attorney's Expenses | 3220-000 | | $4,897.57 | $313,255.72 |
| 03/03/16 | 5003 | Adrienne Blackmore Adrienne Blackmore 3542 Morgan St Steger, IL 60475-1532 | debtors' exemption | 8100-002 | | $15,000.00 | $298,255.72 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.90 | $298,229.82 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $556.37 | $297,673.45 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $428.32 | $297,245.13 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Page Subtotals: $540,153.29  $242,908.16

|   |   |   |
|---|---:|---:|
| COLUMN TOTALS | $540,153.29 | $242,908.16 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $540,153.29 | $242,908.16 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $540,153.29 | $227,908.16 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4511 - Checking | $540,153.29 | $227,908.16 | $297,245.13 |
|  | $540,153.29 | $227,908.16 | $297,245.13 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $59,846.71 |
| Total Net Deposits: | $540,153.29 |
| Total Gross Receipts: | $600,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-15221  
Debtor Name: Adrienne Blackmore  
Claims Bar Date: 7/2/2015  

Date: June 2, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $27,162.34 | $27,162.34 |
| 100 2200 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $11.50 | $11.50 |
| 100 3110 | Law Offices of William J. Factor<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative | | $0.00 | $13,841.50 | $13,841.50 |
| 100 3120 | Law Offices of William J. Factor<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative | | $0.00 | $132.60 | $132.60 |
| 100 3210 | Goldberg, Weisman & Cairo, LTD.<br>One E. Wacker Drive<br>Suite 3800<br>Chicago, Illinois 60601 | Administrative | | $0.00 | $0.00 | $222,000.00 |
| 100 3210 | Plaintiff's Settlement Committee<br>Plaintiff's Settlement Committee<br>New Jersey | Administrative | | $0.00 | $0.00 | $6,000.00 |
| 100 3220 | Goldberg, Weisman & Cairo, LTD.<br>One E. Wacker Drive<br>Suite 3800<br>Chicago, Illinois 60601 | Administrative | | $0.00 | $0.00 | $4,897.57 |
| 100 3220 | Plaintiff's Settlement Committee<br>Plaintiff's Settlement Committee<br>New Jersey | Administrative | | $0.00 | $0.00 | $18,000.00 |
| 1 280 5800 | Irs<br>Centralized Insolvency Operations<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | | $12,420.00 | $11,516.58 | $11,516.58 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-15221  
Debtor Name: Adrienne Blackmore  
Claims Bar Date: 7/2/2015  
Date: June 2, 2016

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 280 5800 | Benefit Administrative Systems Llc<br>17475 Jovanna Dr<br>Homewood, Il 60430 | Priority | | $0.00 | $35,590.00 | $35,590.00 |
| 2 300 7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $1,048.00 | $1,973.98 | $1,973.98 |
| 4 350 7200 | Bank Financial F.S.B.<br>C/O Codilis & Associates Pc<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, Il 60527 | Unsecured | On June 2, 2016, the Creditor filed an amended claim #4 reclassifying its claims as an unsecured claim for distribution. | $90,986.00 | $99,654.79 | $99,654.79 |
| 400 4220 | Blue Cross and Blue Shield of Texas | Secured | | $0.00 | $35,846.71 | $35,846.71 |
| | Case Totals | | | $104,454.00 | $225,730.00 | $476,627.57 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-15221
Case Name: Adrienne Blackmore
Trustee Name: Zane L. Zielinski

| | |
|---|---:|
| Balance on hand | $ 297,245.13 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| | Blue Cross and Blue Shield of Texas | $ 35,846.71 | $ 35,846.71 | $ 35,846.71 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 297,245.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Zane L. Zielinski | $ 27,162.34 | $ 0.00 | $ 27,162.34 |
| Trustee Expenses: Zane L. Zielinski | $ 11.50 | $ 0.00 | $ 11.50 |
| Attorney for Trustee Fees: Law Offices of William J. Factor | $ 13,841.50 | $ 0.00 | $ 13,841.50 |
| Other: Goldberg, Weisman & Cairo, LTD. | $ 222,000.00 | $ 222,000.00 | $ 0.00 |
| Other: Goldberg, Weisman & Cairo, LTD. | $ 4,897.57 | $ 4,897.57 | $ 0.00 |
| Other: Law Offices of William J. Factor | $ 132.60 | $ 0.00 | $ 132.60 |
| Other: Plaintiff's Settlement Committee | $ 6,000.00 | $ 6,000.00 | $ 0.00 |
| Other: Plaintiff's Settlement Committee | $ 18,000.00 | $ 18,000.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 41,147.94 |
| Remaining Balance | $ 256,097.19 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 47,106.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Irs | $ 11,516.58 | $ 0.00 | $ 11,516.58 |
| 3 | Benefit Administrative Systems Llc | $ 35,590.00 | $ 0.00 | $ 35,590.00 |
| | Total to be paid to priority creditors | | | $ 47,106.58 |
| | Remaining Balance | | | $ 208,990.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,973.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital One, N.A. | $ 1,973.98 | $ 0.00 | $ 1,973.98 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,973.98 |
| | Remaining Balance | | | $ 207,016.63 |

Tardily filed claims of general (unsecured) creditors totaling $ 99,654.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Bank Financial F.S.B. | $ 99,654.79 | $ 0.00 | $ 99,654.79 |
| | Total to be paid to tardy general unsecured creditors | | | $ 99,654.79 |
| | Remaining Balance | | | $ 107,361.84 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 608.68 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 106,753.16 .