# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Adrienne Blackmore,** | Bankruptcy No. 13-15221 |
| Debtors. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #38)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on June 6, 2016.

Dated: June 6, 2016               **Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **Adrienne Blackmore**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Michael G Berland**    einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
- **Ariane Holtschlag**    aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Angie S Lee**    aleelawecf@yahoo.com
- **Sara E Lorber**    slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
- **Jeffrey Snell**    jeffrey.snell@usdoj.gov
- **Rachael A Stokas**    ND-Two@il.cslegal.com

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Irs
Centralized Insolvency Operations
Po Box 7346
Philadelphia, Pa 19101-7346

**VIA U.S. MAIL**
Benefit Administrative Systems Llc
17475 Jovanna Dr
Homewood, Il 60430

**VIA U.S. MAIL**
Capital One, N.A.
C O Becket And Lee Llp
Pob 3001
Malvern, Pa 19355-0701

**VIA U.S. MAIL**
Bank Financial F.S.B.
C/O Codilis & Associates Pc
15W030 North Frontage Road
Suite 100
Burr Ridge, Il 60527

**VIA U.S. MAIL**
**Adrienne Blackmore**
3542 Morgan St
Steger, IL 60475-1532