# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Adrienne Blackmore | § | Case No. 13-15221 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 86,450.00 *(Without deducting any secured claims)* | Assets Exempt: 55,600.00 |
| Total Distributions to Claimants:  185,190.74 | Claims Discharged Without Payment:  0.00 |
| Total Expenses of Administration:  290,020.10 | |

3) Total gross receipts of $ 600,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 124,789.16  (see **Exhibit 2**), yielded net receipts of $ 475,210.84  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 35,846.71 | $ 35,846.71 | $ 35,846.71 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 42,158.53 | 290,020.10 | 290,020.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 12,420.00 | 47,106.58 | 47,106.58 | 47,106.58 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 92,034.00 | 101,628.77 | 101,628.77 | 102,237.45 |
| **TOTAL DISBURSEMENTS** | $ 104,454.00 | $ 226,740.59 | $ 474,602.16 | $ 475,210.84 |

4) This case was originally filed under chapter 7 on  04/11/2013 .  The case was pending for 41 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/09/2016                    By:/s/Zane L. Zielinski
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Products Liability Suit for Defective Medical Device | 1242-000 | 600,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 600,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Adrienne Blackmore | Exemptions | 8100-002 | 15,000.00 |
| Adrienne Blackmore | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 109,789.16 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 124,789.16** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blue Cross and Blue Shield of Texas | 4220-000 | NA | 35,846.71 | 35,846.71 | 35,846.71 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 35,846.71** | **$ 35,846.71** | **$ 35,846.71** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 27,162.34 | 27,162.34 | 27,162.34 |
| Zane L. Zielinski | 2200-000 | NA | 11.50 | 11.50 | 11.50 |
| Associated Bank | 2600-000 | NA | 1,010.59 | 1,010.59 | 1,010.59 |
| Law Offices of William J. Factor | 3110-000 | NA | 13,841.50 | 10,805.50 | 10,805.50 |
| Law Offices of William J. Factor | 3120-000 | NA | 132.60 | 132.60 | 132.60 |
| Goldberg, Weisman & Cairo, LTD. | 3210-000 | NA | 0.00 | 222,000.00 | 222,000.00 |
| Plaintiff's Settlement Committee | 3210-000 | NA | 0.00 | 6,000.00 | 6,000.00 |
| Goldberg, Weisman & Cairo, LTD. | 3220-000 | NA | 0.00 | 4,897.57 | 4,897.57 |
| Plaintiff's Settlement Committee | 3220-000 | NA | 0.00 | 18,000.00 | 18,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 42,158.53 | $ 290,020.10 | $ 290,020.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Benefit Administrative Systems Llc | 5800-000 | NA | 35,590.00 | 35,590.00 | 35,590.00 |
| 1 | Irs | 5800-000 | 12,420.00 | 11,516.58 | 11,516.58 | 11,516.58 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 12,420.00 | $ 47,106.58 | $ 47,106.58 | $ 47,106.58 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One, N.A. | 7100-000 | 1,048.00 | 1,973.98 | 1,973.98 | 1,973.98 |
| 4 | Bank Financial F.S.B. | 7200-000 | 90,986.00 | 99,654.79 | 99,654.79 | 99,654.79 |
| | Bank Financial F.S.B. | 7990-000 | NA | NA | NA | 407.82 |
| | Benefit Administrative Systems Llc | 7990-000 | NA | NA | NA | 145.65 |
| | Capital One, N.A. | 7990-000 | NA | NA | NA | 8.08 |
| | Irs | 7990-000 | NA | NA | NA | 47.13 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 92,034.00 | $ 101,628.77 | $ 101,628.77 | $ 102,237.45 |

Page: 1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-15221 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Adrienne Blackmore | | | | Date Filed (f) or Converted (c): | 04/11/2013 (f) |
| | | | | | 341(a) Meeting Date: | 05/09/2013 |
| For Period Ending: | 08/09/2016 | | | | Claims Bar Date: | 07/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property: 3542 Morgan Street, Steger, IL 60475 (Will Su | 86,450.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account with First Midwest | 500.00 | 0.00 | | 0.00 | FA |
| 3. Saving Account with First Midwest | 800.00 | 0.00 | | 0.00 | FA |
| 4. Household goods: Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel: Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 6. Loan: Loan to ex boyfriend Steven C from Debtor's 401(k) | 50,000.00 | 0.00 | | 0.00 | FA |
| 7. Automobiles: 2005 Honda Civi wtih 143,000 miles | 2,400.00 | 0.00 | | 0.00 | FA |
| 8. Animals: 1 cat | 200.00 | 0.00 | | 0.00 | FA |
| 9. Products Liability Suit for Defective Medical Device (u) | 0.00 | 600,000.00 | | 600,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)　　　　$142,050.00　　　　$600,000.00　　　　$600,000.00　　　　$0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is investigating a personal injury claim.

RE PROP #     1   --   3542 Morgan St, Steger IL 60475 - Primary residence of debtor

RE PROP #     2   --   Checking account with First Midwest

RE PROP #     3   --   Savings account with First Midwest

RE PROP #     4   --   Furniture

RE PROP #     5   --   Clothing

RE PROP #     6   --   Loan to ex boyfriend Steven C. from Debtor's 401(K)

RE PROP #     7   --   2005 Honda Civi with 143,000 miles

RE PROP #     8   --   Cat

Initial Projected Date of Final Report (TFR): 06/30/2016     Current Projected Date of Final Report (TFR): 06/30/2016

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-15221 | Trustee Name: Zane L. Zielinski |
| Case Name: Adrienne Blackmore | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4511 |
| | Checking |
| Taxpayer ID No: XX-XXX3447 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/29/16 | | Goldberg, Weisman & Cairo, LTD. One E. Eacker Drive, Suite 3800 Chicago, Illinois 60661 | Settlement Payment | | $540,153.29 | | $540,153.29 |
| | | | Gross Receipts $600,000.00 | | | | |
| | | Blue Cross and Blue Shield of Texas | ($35,846.71) | 4220-000 | | | |
| | | Plaintiff's Settlement Committee Plaintiff's Settlement Committee New Jersey | 1% Cost Fee ($6,000.00) | 3220-000 | | | |
| | | Plaintiff's Settlement Committee Plaintiff's Settlement Committee New Jersey | 3% Fee Assesment ($18,000.00) | 3220-000 | | | |
| | 9 | | Products Liability Suit for $600,000.00 Defective Medical Device | 1242-000 | | | |
| 03/01/16 | 5001 | Goldberg, Weisman & Cairo, LTD. One E. Wacker Drive Suite 3800 Chicago, Illinois 60601 | Attorney's fees | 3210-000 | | $222,000.00 | $318,153.29 |
| 03/01/16 | 5002 | Goldberg, Weisman & Cairo, LTD. One E. Wacker Drive Suite 3800 Chicago, Illinois 60601 | Attorney's Expenses | 3220-000 | | $4,897.57 | $313,255.72 |
| 03/03/16 | 5003 | Adrienne Blackmore Adrienne Blackmore 3542 Morgan St Steger, IL 60475-1532 | debtors' exemption | 8100-002 | | $15,000.00 | $298,255.72 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $25.90 | $298,229.82 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $556.37 | $297,673.45 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $428.32 | $297,245.13 |

| | | |
|---|---|---|
| Page Subtotals: | $540,153.29 | $242,908.16 |

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-15221 | Trustee Name: Zane L. Zielinski |
| Case Name: Adrienne Blackmore | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4511 |
| | Checking |
| Taxpayer ID No: XX-XXX3447 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/06/16 | 5004 | Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $27,173.84 | $270,071.29 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($27,162.34) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($11.50) | 2200-000 | | | |
| 07/06/16 | 5005 | Law Offices of William J. Factor 105 W. Madison, Suite 1500 Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $10,805.50 | $259,265.79 |
| 07/06/16 | 5006 | Law Offices of William J. Factor 105 W. Madison, Suite 1500 Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $132.60 | $259,133.19 |
| 07/06/16 | 5007 | Irs Centralized Insolvency Operations Po Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $11,563.71 | $247,569.48 |
| | | | ($47.13) | 7990-000 | | | |
| | | Irs | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($11,516.58) | 5800-000 | | | |
| 07/06/16 | 5008 | Benefit Administrative Systems Llc 17475 Jovanna Dr Homewood, Il 60430 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $35,735.65 | $211,833.83 |
| | | | ($145.65) | 7990-000 | | | |
| | | Benefit Administrative Systems Llc | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($35,590.00) | 5800-000 | | | |
| 07/06/16 | 5009 | Capital One, N.A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $1,982.06 | $209,851.77 |
| | | | ($8.08) | 7990-000 | | | |

| | | | Page Subtotals: | | $0.00 | $87,393.36 | |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-15221 | | | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|
| Case Name: | Adrienne Blackmore | | | Bank Name: | Associated Bank |
| | | | | Account Number/CD#: | XXXXXX4511 |
| | | | | | Checking |
| Taxpayer ID No: | XX-XXX3447 | | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/09/2016 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Capital One, N.A. | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($1,973.98) | 7100-000 | | |
| 07/06/16 | 5010 | Bank Financial F.S.B. C/O Codilis & Associates Pc 15W030 North Frontage Road Suite 100 Burr Ridge, Il 60527 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $100,062.61 | $109,789.16 |
| | | | | ($407.82) | 7990-000 | | |
| | | Bank Financial F.S.B. | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($99,654.79) | 7200-000 | | |
| 07/06/16 | 5011 | Adrienne Blackmore | Distribution of surplus funds to debtor. | | 8200-002 | $109,789.16 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $540,153.29 | $540,153.29 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $540,153.29 | $540,153.29 |
| Less: Payments to Debtors | | $0.00 | $124,789.16 |
| Net | | $540,153.29 | $415,364.13 |

| Page Subtotals: | | $0.00 | $209,851.77 |
|---|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4511 - Checking | $540,153.29 | $415,364.13 | $0.00 |
| | $540,153.29 | $415,364.13 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $59,846.71 |
| Total Net Deposits: | $540,153.29 |
| Total Gross Receipts: | $600,000.00 |

Page Subtotals:                                                $0.00          $0.00